# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No.  13-58546 |
| Jacquelyn R. Green | : | Chapter 13 |
| Debtor. | : | Judge John E. Hoffman Jr. |

## NOTIFICATION OF NEW ADDRESS OF DEBTOR

Attorney, Katharine Granger, hereby notifies the court of the above referenced Debtor's new address:

> 2664 Cloverwick Drive
> Hilliard Ohio 43026

Date:  __05/04/16_____

/s/Katharine Granger
Katharine Granger (0079143)
Attorney for Debtor
3757 Attucks Drive
Powell, OH 43065
614-389-4941 Phone
614-389-3857 Fax
kgranger@granger-law-firm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate of copy of the attached Notification of New Address was served by ordinary US mail and/or electronically as permitted by the rules, upon the following parties on this 4th day of May, 2016.

/s/Katharine Granger
Katharine Granger
Attorney for Debtor

**SERVED ELECTRONICALLY:**

Faye English
Chapter 13 Trustee

Office of the United States Trustee
170 N. High Street, Suite 200
Columbus, Ohio 43215

**SERVED VIA ORDINARY MAIL:**

Jacquelyn Green
2664 Cloverwick Drive
Hilliard Ohio 43026